UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GENESIS DEVELOPMENT WORLDWIDE, LLC, a Washington limited liability company, and LIFELONG HEALTH & FITNESS, LLC, a Washington limited liability company d/b/a TRI-CITIES FITNESS TOGETHER,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FITNESS TOGETHER FRANCHISE CORPORATION F/K/A FITNESS FOR LIFE FRANCHISE CORPORATION, an Arizona Corporation, and RICHARD F. SIKORSKI, an individual,<br><br>　　　　　Defendants. | NO. CV-07-5049-EFS<br><br>**ORDER OF DISMISSAL** |

　　By Stipulation filed February 11, 2008 (Ct. Rec. 8), the parties advised the Court that the above-captioned matter should be dismissed with prejudice and without costs or fees, pursuant to Federal Rule of Civil Procedure 41.

　　Therefore, **IT IS ORDERED**:

　　1. The Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice** and **without costs** or fees awarded to any party;

ORDER * 1

2. All pending trial and hearing dates are stricken; and

3. This file shall be closed.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and distribute copies to counsel.

**DATED** this      24th      day of March 2008.


                              S/ Edward F. Shea
                              EDWARD F. SHEA
                        United States District Judge

Q:\Civil\2007\5049.Stip.Dismiss.wpd

ORDER * 2